IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 3:09-cr-59 |
| v. ) | |
| ) | **INDICTMENT** |
| MARY PAT HARPER, ) | T. 18 U.S.C. §1343 |
| a/k/a Mary Pat Lord, ) | T. 18 U.S.C. §2 |
| ) | |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

### INTRODUCTION

At all times relevant to this Indictment:

1. Defendant Mary Pat Harper ("Harper") was a real estate agent doing business in the Scott County, Iowa, area, as an employee and owner of Roy Harper Realty.

2. RH and DH were individuals living in the Scott County, Iowa, area, who engaged in certain purchases of rental properties in Scott County, Iowa. Harper functioned as the agent for RH and DH and was otherwise involved in certain real estate purchases by RH and DH as set forth more fully below.

### THE SCHEME

3. Beginning on a date unknown, but by at least October 2005, and continuing to on or about December 13, 2005, in the Southern District of Iowa, and elsewhere, the defendant, MARY PAT HARPER, and others did devise and intend to devise a scheme to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by intentional concealment of material facts.

4. It was part of the scheme that RH and DH, assisted by Harper, would locate certain rental properties in the Scott County, Iowa, area, for purchase by RH and DH.

5. It was further part of the scheme that RH and DH, assisted by Harper, would negotiate with each seller concerning a purchase price for each property.

6. It was further part of the scheme that RH, DH, and Harper would draft and present to each seller a contract and an addendum, the contract reflecting an inflated price (the "inflated price") and the addendum reflecting the price actually negotiated for the transaction (the "actual price"). The addendum also reflected a kickback to be paid after closing by the seller to RH and DH, which approximately equaled the difference between the inflated price and actual price.

7. It was further part of the scheme that RH and DH would apply for mortgage loans from certain financial institutions, falsely representing to each lender that the sale price of the property was the inflated price set forth in the contract.

8. It was further part of the scheme that RH, DH, and Harper intentionally concealed from each lender the existence of the lower, actual price and the kickback.

9. It was further part of the scheme that after each closing, when the mortgage loan was funded by the lender and monies from those funds paid out to the seller, the seller would pay the kickback to RH and DH, allowing RH and DH to pocket the approximate difference between the inflated price and the actual price.

10. It was further part of the scheme that RH, DH, and Harper would cause to be created false and fraudulent HUD-1 Settlement Statements that:

   a. falsely represented to each lender that the sale price of the property was the inflated price set forth in the contract;

  b. intentionally concealed and failed to disclose the existence of the lower, actual price set forth in the addendum; and,

  c. intentionally concealed and failed to disclose the post-closing kickback paid by the each seller to RH and DH.

11. It was further part of the scheme that after RH and DH received the kickbacks, they allowed the mortgage loans to go into default, thereby causing additional losses to the lenders.

## COUNT 1
### (Wire Fraud)

1. The allegations set forth in paragraphs 1 through 11 of the Introduction are hereby realleged and incorporated by reference.

2. That on or about October 20, 2005, in and about Scott County in the Southern District of Iowa, and elsewhere, the defendant, MARY PAT HARPER, and others, having devised and intended to devise a scheme to defraud, and for obtaining money by means of material false and fraudulent pretenses and representations, and for the purpose of executing such scheme to defraud, did knowingly transmit and cause to be transmitted in interstate commerce between the State of Iowa and the State of Illinois, by means of wire communication, certain signs, signals, pictures, and sounds, to wit: a fax transfer from Victoria Mortgage in Iowa to Excel Title in Illinois of an Agreement to Purchase Real Estate concerning the real property located at 641 West 64th Street, Davenport, Iowa.

This is a violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 2
### (Wire Fraud)

1. The allegations set forth in paragraphs 1 through 11 of the Introduction are hereby realleged and incorporated by reference.

2. That on or about October 20, 2005, in and about Scott County in the Southern District of Iowa, and elsewhere, the defendant, MARY PAT HARPER, and others, having devised and intended to devise a scheme to defraud, and for obtaining money by means of material false and fraudulent pretenses and representations, and for the purpose of executing such scheme to defraud, did knowingly transmit and cause to be transmitted in interstate commerce between the State of Iowa and the State of Illinois, by means of wire communication, certain signs, signals, pictures, and sounds, to wit: a fax transfer from Victoria Mortgage in Iowa to Excel Title in Illinois of an Agreement to Purchase Real Estate concerning the real property located at 635 West 64th Street, Davenport, Iowa.

This is a violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 3
### (Wire Fraud)

1. The allegations set forth in paragraphs 1 through 11 of the Introduction are hereby realleged and incorporated by reference.

2. That on or about October 20, 2005, in and about Scott County in the Southern District of Iowa, and elsewhere, the defendant, MARY PAT HARPER, and others, having devised and intended to devise a scheme to defraud, and for obtaining money by means of material false and fraudulent pretenses and representations, and for the purpose of executing such scheme to defraud, did knowingly transmit and cause to be transmitted in interstate commerce between the State of Iowa

and the State of Illinois, by means of wire communication, certain signs, signals, pictures, and sounds, to wit: a fax transfer from Victoria Mortgage in Iowa to Excel Title in Illinois of an Agreement to Purchase Real Estate concerning the real property located at 6217 Western Avenue, Davenport, Iowa.

This is a violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 4
(Wire Fraud)

1. The allegations set forth in paragraphs 1 through 11 of the Introduction are hereby realleged and incorporated by reference.

2. That on or about November 16, 2005, in and about Scott County in the Southern District of Iowa, and elsewhere, the defendant, MARY PAT HARPER, and others, having devised and intended to devise a scheme to defraud, and for obtaining money by means of material false and fraudulent pretenses and representations, and for the purpose of executing such scheme to defraud, did knowingly transmit and cause to be transmitted in interstate commerce between the State of Iowa and the State of Illinois, by means of wire communication, certain signs, signals, pictures, and sounds, to wit: a fax transfer from Victoria Mortgage in Iowa to Excel Title in Illinois of an Agreement to Purchase Real Estate concerning the real property located at 679 West 64th Street, Davenport, Iowa.

This is a violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 5
### (Wire Fraud)

1.  The allegations set forth in paragraphs 1 through 11 of the Introduction are hereby realleged and incorporated by reference.

2.  That on or about November 16, 2005, in and about Scott County in the Southern District of Iowa, and elsewhere, the defendant, MARY PAT HARPER, and others, having devised and intended to devise a scheme to defraud, and for obtaining money by means of material false and fraudulent pretenses and representations, and for the purpose of executing such scheme to defraud, did knowingly transmit and cause to be transmitted in interstate commerce between the State of Iowa and the State of Illinois, by means of wire communication, certain signs, signals, pictures, and sounds, to wit: a fax transfer from Victoria Mortgage in Iowa to Excel Title in Illinois of an Agreement to Purchase Real Estate concerning the real property located at 1818 Esplanade Avenue, Davenport, Iowa.

This is a violation of Title 18, United States Code, Sections 1343 and 2.

**A TRUE BILL**

_____/s/_____
FOREPERSON

Matthew G. Whitaker
United States Attorney


By: /s/_____
     Donald Allegro
     Assistant United States Attorney