IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:09-cr-00059 |
| | ) |
| v. | ) |
| | ) **GOVERNMENT'S** |
| MARY PAT HARPER, | ) **DISCLOSURE STATEMENT** |
| a/k/a Mary Pat Lord, | ) |
| | ) |
| Defendant. | ) |

The United States of America, by and through the undersigned Assistant United States Attorney, and, pursuant to Rule 12.4 of the Federal Rules of Criminal Procedure hereby submits the government's disclosure statement.

The following organizations and corporations are victims of the alleged criminal activity charged in the above case:

    1.    LaSalle Bank**,** now known as **Bank of America**

    2.    **Interbay Funding, LLC**

    3.    **Bayview Lending Group LLC**

    4.    **GMAC Mortgage, LLC**

There is no known parent corporation for Bank of America and there is no known publicly held corporation that owns more than 10% of the stock.

**Interbay Funding, LLC** is 100% owned by **Bayview Lending Group LLC**. **Bayview Lending Group LLC** is 20% owned by **M&T Bank**, which is a publically held

corporation.  The remaining 80% is owned by **Bayview Lending Group Holdings, LLC**.

**Bayview Lending Group Holdings, LLC** is 100% owned by **Bayview Financial Holdings, L.P.**  The limited partners of **Bayview Financial Holdings, L.P.** include **QKF Corporation** (10.6912%) and **BFTG Holding Company, Inc.** (89.1844%).

**GMAC Residential Holding Company, LLC**, is the parent corporation of **GMAC Mortgage, LLC**.

This statement is based on information reasonably believed to be accurate and presently available to government counsel, upon the exercise of due diligence, and is subject to being supplemented under Fed. R. Crim. P. 12.4(b)(2).

Respectfully submitted,

Matthew G. Whitaker
United States Attorney

By:   /s/ Donald Allegro
Donald Allegro
Assistant United States Attorney
United States Courthouse, Suite 310
131 East Fourth Street
Davenport, Iowa  52801
Phone:  (563) 449-5432
FAX:   (563) 449-5433
don.allegro@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:  Gerald P. Boyle

UNITED STATES ATTORNEY

By:   /s/ Donald Allegro
Donald Allegro